UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMCO INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CAMERON KIEFER; CYNTHIA MCGRUDER; DERON KIEFER; LISA SOLIS, and MARCO SOLIS;<br>Defendants. | Case No. 2:20-cv-10360 JVS (SKx)<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>Date:　　　　February 14, 2022<br>Time:　　　　1:30 p.m.<br>Courtroom:　10 C<br>Judge:　　　Hon. James V. Selna |

　　The Motion for Summary Judgment filed by Plaintiff AMCO INSURANCE COMPANY ("AMCO") [Dkt. No. 40] has been fully briefed [Dkt. No. 49, 54] and was set for hearing on February 14, 2022.  The Court issued a tentative ruling granting AMCO's motion on February 11, 2022.  After considering the moving and opposition papers, arguments of counsel, and all other matters presented to the Court, the Court adopted its tentative ruling and granted AMCO's motion by order dated February 18, 2022 [Dkt. No. 56].

IT IS ORDERED, ADJUDGED AND DECREED:

1. That judgment is hereby entered in favor of AMCO and against Defendants in accordance with the Court's order filed on February 18, 2022 [Dkt. No. 56];
2. The bodily injury liability limits for AMCO Personal Auto Policy No. PPA 0070833653 on the date of Cameron Kiefer's February 8, 2019 accident are $25,000 per person and $50,000 per accident; and
3. Plaintiff AMCO shall recover its costs.

Dated: March 03, 2022

By: _____
Hon. James V. Selna
United States District Judge